VINCENZO FASANO, Respondent, v. RUBEL CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

THE FISHKILL NATIONAL BANK OF BEACON, New York, Respondent, v. SAMUEL LIEBERMAN and Others, Defendants; NEW YORK KNEE PANTS Co., INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

In the Matter of Supplementary Proceedings: J. NORMAN WHITEHOUSE and Others, Copartners, etc., Appellants, v. M. ARTHUR HELFHAT, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

NICHOLAS JOHNSEN, Respondent, v. M. H. TREADWELL & Co., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

FANNIE KUPCHINSKY, as Administratrix, etc., of GLORIA KUPCHINSKY, Deceased, Respondent, v. VACUUM OIL COMPANY, Appellant, and MORRIS LESSER, Defendant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

MONROE MILLER & Co., INC., Respondent, v. JAMES BUTLER, Defendant, and JAMES BUTLER GROCERY COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.